1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | DATED: __8/30/13__

Magistrate Judge Joseph C. Spero

 2. Defendants' reply in support of the motion to quash shall be filed no later than September 25, 2013; and

DATED: August 28, 2013                LIM, RUGER & KIM, LLP

                                      By: _____/s/_____
                                          Justin S. Chang

                                      *Attorneys for Plaintiff*
                                      *Drummond Company, Inc.*

DATED: August 28, 2013                DAVID GRUNWALD

                                      By: _____/s/_____
                                          David Grunwald

                                      *Attorneys for Defendants*
                                      *Terrence P. Collingsworth, individually and as*
                                      *an agent of Conrad & Scherer, LLP; and*
                                      *Conrad & Scherer LLP.*

## ATTESTATION CLAUSE

I, Justin S. Chang, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Briefing Schedule on motion to Quash. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that David Grunwald has concurred in this filing.

Date: August 28, 2013                 LIM, RUGER & KIM LLP

                                      By: _____/s/_____
                                          Justin S. Chang

1     Plaintiff Drummond Company, Inc. ("Plaintiff" or "Drummond") and Defendants Terrence Collingsworth and Conrad & Scherer LLP ("Defendants"), by and through their respective undersigned counsel, agree as follows:

    WHEREAS, Plaintiff and Defendants are currently litigating a defamation action pending in the United States District Court for the Northern District of Alabama, Case No. 2:12-cv-3695-RDP;

    WHEREAS, Plaintiff served subpoenas, issued by this Court, on Google Inc. and Yahoo! Inc. to obtain information about certain email addresses;

    WHEREAS, on August 15, 2013, Defendants filed a miscellaneous action to bring a motion to quash the subpoenas, Case No. 3:13-mc-80169-JST, assigned to the Honorable Jon S. Tigar;

    WHEREAS, on August 26, 2013, the Honorable Jon S. Tigar referred all discovery matters in this case to Magistrate Judge Joseph C. Spero;

    WHEREAS, Plaintiff and Defendants have agreed that Plaintiff shall have until September 11, 2013 to oppose the motion to quash and Defendants will have until September 25, 2013 to file a reply.

    NOW THEREFORE, IT IS HEREBY STIPULATED by and among, Plaintiff Drummond, Defendant Collingsworth, and Defendant Conrad & Scherer LLP, through their respective counsel, and subject to Court approval as follows:

    1. Plaintiff Drummond's opposition to the motion to quash shall be filed no later than September 11, 2013;

///
///
///
///
///
///
///
///
///

1  Justin S. Chang (SBN 205925)
   Traci M. Keith (SBN 235828)
2  **LIM, RUGER & KIM, LLP**
   One Maritime Plaza, Suite 825
3  San Francisco, CA 94111
   Phone: (415) 599-2828
4  Fax: (415) 599-2829
   Email: justin.chang@limruger.com
5         traci.keith@limruger.com

6  *Attorneys for Plaintiff*
   *Drummond Company, Inc.*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | DRUMMOND COMPANY, INC.                                    | Case No.: 3:13-cv-80169-JST
12 |                      Plaintiff,                           | (Case No. 2:11-cv-3695-RDP pending in the Northern District of Alabama, Southern Division)
13 | vs.                                                       |
14 | TERRENCE P. COLLINGSWORTH,                                | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTION TO QUASH**
   | individually and as an agent of Conrad & Scherer,         |
15 | LLP; and CONRAD & SCHERER, LLP,                           |
   |                                                           | Magistrate Judge Joseph C. Spero
16 |                      Defendants.                          |

17

{00869773.DOC}                    1                    Case No. 3:13-cv-80169-JST
                                                       STIPULATION AND [PROPOSED] ORDER
                                                       RE BRIEFING SCHEDULE