1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | DATED: __8/30/13__

_____
Magistrate Judge Joseph C. Spero

2. Defendants' reply in support of the motion to quash shall be filed no later than September 25, 2013; and

DATED: August 28, 2013                         LIM, RUGER & KIM, LLP

By: _____/s/_____
Justin S. Chang

*Attorneys for Plaintiff*
*Drummond Company, Inc.*

DATED: August 28, 2013                         DAVID GRUNWALD

By: _____/s/_____
David Grunwald

*Attorneys for Defendants*
*Terrence P. Collingsworth, individually and as*
*an agent of Conrad & Scherer, LLP; and*
*Conrad & Scherer LLP.*

## ATTESTATION CLAUSE

I, Justin S. Chang, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Briefing Schedule on motion to Quash. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that David Grunwald has concurred in this filing.

Date: August 28, 2013                         LIM, RUGER & KIM LLP

By: _____/s/_____
Justin S. Chang

Case3:13-mc-80169-JST   Document10   Filed08/28/13   Page2 of 4

1  Plaintiff Drummond Company, Inc. ("Plaintiff" or "Drummond") and Defendants Terrence Collingsworth and Conrad & Scherer LLP ("Defendants"), by and through their respective undersigned counsel, agree as follows:

WHEREAS, Plaintiff and Defendants are currently litigating a defamation action pending in the United States District Court for the Northern District of Alabama, Case No. 2:12-cv-3695-RDP;

WHEREAS, Plaintiff served subpoenas, issued by this Court, on Google Inc. and Yahoo! Inc. to obtain information about certain email addresses;

WHEREAS, on August 15, 2013, Defendants filed a miscellaneous action to bring a motion to quash the subpoenas, Case No. 3:13-mc-80169-JST, assigned to the Honorable Jon S. Tigar;

WHEREAS, on August 26, 2013, the Honorable Jon S. Tigar referred all discovery matters in this case to Magistrate Judge Joseph C. Spero;

WHEREAS, Plaintiff and Defendants have agreed that Plaintiff shall have until September 11, 2013 to oppose the motion to quash and Defendants will have until September 25, 2013 to file a reply.

NOW THEREFORE, IT IS HEREBY STIPULATED by and among, Plaintiff Drummond, Defendant Collingsworth, and Defendant Conrad & Scherer LLP, through their respective counsel, and subject to Court approval as follows:

1.  Plaintiff Drummond's opposition to the motion to quash shall be filed no later than September 11, 2013;

///
///
///
///
///
///
///
///
///

Justin S. Chang (SBN 205925)
Traci M. Keith (SBN 235828)
**LIM, RUGER & KIM, LLP**
One Maritime Plaza, Suite 825
San Francisco, CA 94111
Phone: (415) 599-2828
Fax: (415) 599-2829
Email: justin.chang@limruger.com
  traci.keith@limruger.com

*Attorneys for Plaintiff*
*Drummond Company, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUMMOND COMPANY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TERRENCE P. COLLINGSWORTH, individually and as an agent of Conrad & Scherer, LLP; and CONRAD & SCHERER, LLP,<br><br>Defendants. | Case No.: 3:13-cv-80169-JST<br><br>(Case No. 2:11-cv-3695-RDP pending in the Northern District of Alabama, Southern Division)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTION TO QUASH**<br><br>Magistrate Judge Joseph C. Spero |

{00869773.DOC}                    1                    Case No. 3:13-cv-80169-JST
                                                       STIPULATION AND [PROPOSED] ORDER
                                                       RE BRIEFING SCHEDULE