UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUMMOND COMPANY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRENCE P. COLLINGSWORTH, et al.,<br><br>    Defendants. | Case No. 13-mc-80169-JST<br><br>**ORDER REASSIGNING MOTION TO QUASH IN "LEETE" ACTION**<br><br>Re: Drummond Company, Inc. v. Collingsworth, No. 3:13-mc-80171-JST (Aug. 16, 2013) ("Leete action") |

On September 13, 2013, this Court related case number 13-mc-80171 to the above-captioned case and reassigned it to the undersigned judge. Because the cases are related, the Court hereby directly refers and reassigns the pending motion to quash in case number 13-mc-80171, ECF No. 1, to Magistrate Judge Spero, with whom the motion to quash in the above-captioned action is pending.

**IT IS SO ORDERED.**

Dated: September 13, 2013

_____
JON S. TIGAR
United States District Judge