UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUMMOND COMPANY, INC.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>TERRENCE P. COLLINGSWORTH, ET AL.,<br><br>    Defendant(s).<br>_____/ | No. 3:13-MC-80169 JST (JCS)<br>Related Case No. 3:13-MC-80171 JST (JCS)<br><br>**NOTICE OF REFERENCE, TIME AND PLACE OF HEARING** |

AND RELATED CASE

DRUMMOND COMPANY, INC.,

    Plaintiff(s),

    v.

TERRENCE P. COLLINGSWORTH, ET AL.,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above matters have been referred to Magistrate Judge Joseph C. Spero for resolution of the Motions to Quash.

    The hearing on Terrence Collingsworth's Motion to Quash (3:13-MC-80169 JST "Collingsworth Action") and Lorriane Leete's Motion to Quash (3:13-MC-80171 JST "Leete Action") has been set for hearing on **November 15, 2013, at 9:30 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

1  Pursuant to the stipulation of the parties [dkt no. 27 in the Leete Action), Plaintiff's response
2 in opposition to Leete's Motion to Quash in the Leete Action, Case No. 3:13-MC-80171-JST shall
3 be filed on or before **September 30, 2013**.  Leete's reply in support of her Motion to Quash shall be
4 filed on or before **October 11, 2013.**

Pursuant to the stipulation of the parktes [dkt no. 12 in the Collingsworth Action),
Defendants' reply in support of their Motion to Quash in the Collingsworth Action, Case No. 3:13-
MC-80169-JST, shall be filed on or before **October 11, 2013.**  All documents shall be filed in
compliance with Civil L. R. 7-2 through 7-5.  Documents not filed in compliance with those rules
will not be considered by the Court.  Any party seeking an award of attorney's fees or other
expenses in connection with this motion shall file a motion in accordance with Civil L. R. 37-3.

## LAW AND MOTION HEARING PROCEDURES

Civil law and motion is heard on Friday mornings at 9:30 a.m., in Courtroom G, 15th Floor,  United States District Court, 450 Golden Gate Avenue, San Francisco, California.

In the event a **future discovery dispute** arises, IT IS HEREBY ORDERED that before filing any discovery motion before this Court, the parties must comply with the following:

1. Lead trial counsel for both parties must meet and confer *in person* regarding the matter(s) at issue.  This meeting shall occur after other efforts to resolve the dispute, such as telephone, e-mail, teleconference, or correspondence, have been unsuccessful. Once those efforts have proved unsuccessful, any party may demand a meeting of lead trial counsel to resolve a discovery matter.  Such a meeting shall occur within ten (10) calendar days of the demand.  The locations of the meetings shall alternate.  The first meeting shall be at a location selected by counsel for Plaintiff(s).  If there are any future disputes, the next such meeting shall be held at a location to be determined by counsel for Defendant(s), etc.

2. Within five (5) calendar days of the in-person meeting between lead trial counsel referred to above, the parties shall jointly file a detailed letter with the Court, not to exceed five (5) pages without leave of  Court, which will include the matters that

remain in dispute, a detailed substantive description of each side's position on each such issue, and a description of each side's proposed compromise on each such issue.

3. After the Court has received the joint letter, the Court will determine what future proceedings, if any, are necessary.

In the event that the parties continue to be unable to resolve the matters regarding the timing and scope of discovery, the Court will consider what future actions are necessary. These actions may include the following: (1) sanctions against a party failing to cooperate in the discovery process and meet and confer in good faith, as required by this Order, the Federal Rules of Civil Procedure, and the Local Rules of this Court; and/or (2) requiring the Chief Executive Officers of each party to attend the in-person, meet-and-confer sessions described above. The Court is not entering either of these matters as an Order of the Court at this time, and fully expects counsel to meet their obligations under this Order and under the Local Rules.

A party or counsel has a continuing duty to supplement the initial disclosure when required under Fed. R. Civ. P. 26(e)(1).

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than 4:30 p.m. the day before the hearing. Pursuant to Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the date for service of the opposition. Thereafter, leave of the Court must be sought.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY." All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials, followed by the designation "(JCS)".

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated: September 25, 2013

JOSEPH C. SPERO
United States Magistrate Judge